# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR - 1 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America )
v. )
Carroll Eugene Dodson )
) Case No: 7:94CR40106-001
) USM No: 04906-084
Date of Previous Judgment: June 15, 2000 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __524__ months **is reduced to** __456 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __42__        Amended Offense Level: __40__
Criminal History Category: __I__       Criminal History Category: __I__
Previous Guideline Range: __360__ to __Life__ months    Amended Guideline Range: __292__ to __365__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):
The original sentence of 524 months was 164 months greater than the previous guideline minimum. The new term of 456 months is 164 months greater than the amended guideline minimum. I recognize that this is greater than the amended guideline maximum. The sentence reduction is entirely at my discretion. A 68 month reduction is appropriate, and the amended sentence is warranted for the offenses committed here.

**III. ADDITIONAL COMMENTS**
Defendant's objection of 3-31-08 and Plaintiff's objection of 4/1/08 are overruled. As to Defendant's objection, the reduction of the previous sentence is not a resentencing and Defendant is not entitled to appointed counsel, nor does the court reexamine the original sentence in light of intervening court decisions.

Except as provided above, all provisions of the judgment dated __6/15/2000__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-1-08

Effective Date: 3/3/08 4-14-08
(if different from order date)

/s/ Jackson L. Kiser
Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title