# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR - 2 2008
JOHN F. CORCORAN, CLERK
BY: /s/ M. Huff
DEPUTY CLERK

United States of America )
v. )
Carroll Eugene Dodson )
) Case No: 7:94CR40106-001
) USM No: 04906-084
Date of Previous Judgment: June 15, 2000 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

AMENDED **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___524___ months **is reduced to** ___456 months___.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 42           Amended Offense Level: 40
Criminal History Category: I         Criminal History Category: I
Previous Guideline Range: 360 to Life months    Amended Guideline Range: 292 to 365 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):
The original sentence of 524 months was 164 months greater than the previous guideline minimum. The new term of 456 months is 164 months greater than the amended guideline minimum. I recognize that this is greater than the amended guideline maximum. The sentence reduction is entirely at my discretion. A 68 month reduction is appropriate, and the amended sentence is warranted for the offenses committed here.

## III. ADDITIONAL COMMENTS
Defendant's objection of 3-31-08 and Plaintiff's objection of 4/1/08 are overruled. As to Defendant's objection, the reduction of the previous sentence is not a resentencing and Defendant is not entitled to appointed counsel, nor does the court reexamine the original sentence in light of intervening court decisions.
This reduction applies only to Count 2. The sentences for Counts 6 and 61 remains at 240 months to run concurrently with 456 months as to Count 2.

Except as provided above, all provisions of the judgment dated ___6/15/2000___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-1-08

Effective Date: ~~3/3/08~~ 4-15-08
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title