AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 21 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:94CR40106-001 |
| CARROLL EUGENE DODSON ) | USM No: 04906-084 |
| ) | |
| Date of Previous Judgment: 09/27/2011 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __399__ months **is reduced to** __352 months*__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __38__   Amended Offense Level: __36__
Criminal History Category: __I__   Criminal History Category: __I__
Previous Guideline Range: __235__ to __293__ months   Amended Guideline Range: __240__ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
Defendant's prior sentences were 164 months above the low-end of Defendant's guidelines range. A sentence of 352 months is 164 months greater than the low-end of the guidelines that would be applicable to Defendant (188-235) if a stautory minimum were not applicable. Sentence reductions are entirely at the discretion of the Court. A 47-month reduction is appropriate, and the amended sentence is warranted for the offenses committed.

**III. ADDITIONAL COMMENTS**
*Defendant is sentenced to 352 months, but not less than time served. Defendant's sentence consists of 352 months on Count 2 and 240 months on Counts 6 and 61, to run concurrently to the sentence on Count 2.

Except as provided above, all provisions of the judgment dated __09/27/2011__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 4/21/2015

Judge's signature: /s/ Jackson L. Kiser

Effective Date: __11/01/2015__
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title